UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
RETAIL GROUP OF AMERICA LLC et al.,                :
:
                              Plaintiffs,                  :
:         21-CV-3541 (JMF)
       -v-                                          :
:         <u>ORDER</u>
UNITED STATES CITIZENSHIP AND             :
IMMIGRATION SERVICES,                              :
:
                              Defendant.                   :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On April 21, 2021, Plaintiffs filed the Complaint in this action, along with a motion for a preliminary injunction.  *See* ECF Nos. 1, 6.  The Court intends to schedule a conference promptly following service of the summons and Complaint to address how to proceed with respect to the motion.  Accordingly, Plaintiffs are ORDERED to confer with Defendant, and, **no later than two weeks following service,** the parties shall file a joint letter proposing several dates on which both sides could appear for a conference.  At that conference, the parties should be prepared to discuss the following:

(1) whether any hearing on the motion for a preliminary injunction should be consolidated with trial on the merits pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure;

(2) whether any discovery is needed in connection with the motion and, if so, a schedule;

(3) whether an evidentiary hearing is necessary; and

(4) a briefing schedule.

       Plaintiffs shall serve a copy of this Order on Defendant either with the summons and Complaint or, if such service has already been completed, within two business days.

       SO ORDERED.

Dated: April 23, 2021                          _____
       New York, New York                      JESSE M. FURMAN
                                                 United States District Judge